Aram Ordubegian (CA Bar No. 185142)
Andy S. Kong (CA Bar No. 243933)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone:  213.629.7400
Facsimile:  213.629.7401
Email:  ordubegian.aram@arentfox.com
        kong.andy@arentfox.com

General Bankruptcy and Restructuring Attorneys
for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
### RENO DIVISION

| | |
|---|---|
| In re:<br><br>**HI-FIVE ENTERPRISES, LLC**, a California limited liability company; **ONE SOUTH LAKE STREET, LLC**, a Nevada limited liability company; and **WILD GAME NG, LLC**, a Nevada limited liability company d/b/a The Siena Hotel Spa & Casino,<br><br>Debtors and Debtors-in-Possession.<br><br>[ ] Affects all Debtors<br><br>[ ] Applies only to Hi-Five Enterprises, LLC<br><br>[X] Applies only to One South Lake Street, LLC<br><br>[ ] Applies only to Wild Game Ng, LLC | Case No.: 10-bk-54065-GWZ<br><br>[Jointly Administered with Case Nos.: 10-bk-54067-GWZ; 10-bk-54013-GWZ]<br><br>Chapter 11<br><br><br><br>**NOTICE OF SUBMISSION OF DEBTOR ONE SOUTH LAKE STREET, LLC'S MONTHLY OPERATING REPORT FOR THE MONTH OF MARCH 2011**<br><br>*[No Hearing Required]* |

LA/393803.1

TO: THE HONORABLE GREGG ZIVE, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL PARTIES ENTITLED TO NOTICE:

**PLEASE TAKE NOTICE** that, pursuant to the Office of the United States Trustee's Guidelines, the debtor and debtor-in-possession One South Lake Street, LLC hereby files with the Court the annexed monthly operating report for the month of March 2011 which was also submitted to the Office of the United States Trustee on the date of this notice.

Dated: September 29, 2011

**ARENT FOX LLP**

By: */s/ Aram Ordubegian*
ARAM ORDUBEGIAN
ANDY S. KONG
General Bankruptcy and Restructuring Counsel for Debtors and Debtors-in-Possession

- 2 -

LA/393803.1

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re: One South Lake Street, LLC

Case No.  10-bk-54065-GWZ

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: Mar-11     PETITION DATE: 07/21/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $8,276,000 | $8,276,000 | |
| b. Total Assets | $8,276,000 | $8,276,000 | $8,276,000 |
| c. Current Liabilities | $191,950 | $182,861 | |
| d. Total Liabilities | $50,191,950 | $50,182,861 | $50,000,000 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $0 | $0 | $0 |
| b. Total Disbursements | $0 | $0 | $0 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $0 | $0 | $0 |
| d. Cash Balance Beginning of Month | $0 | $0 | $0 |
| e. Cash Balance End of Month (c + d) | $0 | $0 | $0 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | ($191,950) | ($182,861) | $0 |
| 5. Account Receivables (Pre and Post Petition) | $8,261,000 | $8,261,000 | |
| 6. Post-Petition Liabilities | $50,191,950 | $50,182,861 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

| | Yes | No |
|---|---|---|
| At the end of this reporting month: | | |
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | | X |
| 13. Are a plan and disclosure statement on file? | | X |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___ ; U.S. Trustee Quarterly Fees ___ ; Check if filing is current for: Post-petition tax reporting and tax returns: ___.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 9/28/2011

Responsible Individual

- 3 -

**One South Lake Street, LLC**, a Nevada limited liability company.
Case No: 10-bk-54065

<u>Number 15: Post-Petition Taxes and U.S. Trustee Quarterly Fees for period ending March 31, 2011</u>

The U.S. Trustee issued its Quarterly Fee Statements in the aggregate amount of $976.87. The Debtor will pay the foregoing outstanding amount once the Court determines the proper allocation and division of the sale proceeds currently being kept in a segregated escrow account.

The Debtor was formed for the purpose of owning and leasing improved real property in Reno, Nevada commonly known as The Siena Hotel Spa & Casino and the adjacent parking lot property and expansion property (the "Property"). The Property is leased to the debtor Wild Game Ng, LLC, who is also a debtor-in-possession before this Court as bankruptcy case number 10-bk-54067-GWZ. The Debtor has no employees. There were no post-petition taxes due during the reporting period.

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended _____ 03/31/11 _____

| Current Month | | | | | Cumulative | Next Month |
| Actual | Forecast | Variance | | | (Case to Date) | Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| $0 | | $0 | 1 | Gross Sales | | |
| | | $0 | 2 | less: Sales Returns & Allowances | | |
| $0 | $0 | $0 | 3 | Net Sales | $0 | |
| $0 | | $0 | 4 | less: Cost of Goods Sold     (Schedule 'B') | | |
| $0 | $0 | $0 | 5 | Gross Profit | $0 | |
| | | $0 | 6 | Interest | | |
| | | $0 | 7 | Other Income: _____ | | |
| | | $0 | 8 | | | |
| | | $0 | 9 | | | |
| $0 | $0 | $0 | 10 | **Total Revenues** | $0 | $0 |
| | | | | **Expenses:** | | |
| | | $0 | 11 | Compensation to Owner(s)/Officer(s) | | |
| | | $0 | 12 | Salaries | | |
| | | $0 | 13 | Commissions | | |
| | | $0 | 14 | Contract Labor | | |
| | | | | Rent/Lease: | | |
| | | $0 | 15 | Personal Property | | |
| | | $0 | 16 | Real Property | | |
| | | $0 | 17 | Insurance | | |
| | | $0 | 18 | Management Fees | | |
| | | $0 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | | |
| | | $0 | 21 | Real Property Taxes | | |
| | | $0 | 22 | Other Taxes | | |
| | | $0 | 23 | Other Selling | | |
| | | $0 | 24 | Other Administrative | | |
| | | $0 | 25 | Interest | | |
| | | $0 | 26 | Other Expenses: _____ | | |
| | | $0 | 27 | | | |
| | | $0 | 28 | | | |
| | | $0 | 29 | | | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| | | $0 | 32 | | | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| $0 | $0 | $0 | 35 | **Total Expenses** | $0 | $0 |
| $0 | $0 | $0 | 36 | Subtotal | $0 | $0 |
| | | | | **Reorganization Items:** | | |
| $8,017 | | ($8,017) | 37 | Professional Fees | $190,973 | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | $977 | |
| | | $0 | 42 | | | |
| $8,017 | $0 | $8,017 | 43 | **Total Reorganization Items** | $191,950 | $0 |
| $8,017 | $0 | $8,017 | 44 | **Net Profit (Loss) Before Federal & State Taxes** | $191,950 | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | |
| $8,017 | $0 | $8,017 | 46 | **Net Profit (Loss)** | $191,950 | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

# BALANCE SHEET
## (General Business Case)
### For the Month Ended    03/31/11

**Assets**

|   |   | From Schedules | Market Value |
|---|---|---|---|
|   | **Current Assets** |   |   |
| 1 | Cash and cash equivalents - unrestricted |   |   |
| 2 | Cash and cash equivalents - restricted |   |   |
| 3 | Accounts receivable (net) | A | $8,261,000 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses |   |   |
| 6 | Professional retainers |   | $15,000 |
| 7 | Other: |   |   |
| 8 |   |   |   |
| 9 | **Total Current Assets** |   | $8,276,000 |
|   | **Property and Equipment (Market Value)** |   |   |
| 10 | Real property | C | sold |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other: | D |   |
| 17 |   | D |   |
| 18 |   | D |   |
| 19 |   | D |   |
| 20 |   | D |   |
| 21 | **Total Property and Equipment** |   | $0 |
|   | **Other Assets** |   |   |
| 22 | Loans to shareholders |   |   |
| 23 | Loans to affiliates |   |   |
| 24 |   |   |   |
| 25 |   |   |   |
| 26 |   |   |   |
| 27 |   |   |   |
| 28 | **Total Other Assets** |   | $0 |
| 29 | **Total Assets** |   | $8,276,000 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

## Liabilities and Equity
(General Business Case)

**Liabilities From Schedules**

    **Post-Petition**

        **Current Liabilities**

| # | Description | | Amount |
|---|---|---|---|
| 30 | Salaries and wages | | |
| 31 | Payroll taxes | | |
| 32 | Real and personal property taxes | | |
| 33 | Income taxes | | |
| 34 | Sales taxes | | |
| 35 | Notes payable (short term) | | |
| 36 | Accounts payable (trade) | A | $0 |
| 37 | Real property lease arrearage | | |
| 38 | Personal property lease arrearage | | |
| 39 | Accrued professional fees | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 41 | Other: | | |
| 42 | | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $0 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $0 |

    **Pre-Petition Liabilities (allowed amount)**

| # | Description | | Amount |
|---|---|---|---|
| 47 | Secured claims | F | $50,000,000 |
| 48 | Priority unsecured claims | F | $0 |
| 49 | General unsecured claims | F | $0 |
| 50 | **Total Pre-Petition Liabilities** | | $50,000,000 |
| 51 | **Total Liabilities** | | $50,000,000 |

**Equity (Deficit)**

| # | Description | Amount |
|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | |
| 53 | Capital Stock | |
| 54 | Additional paid-in capital | |
| 55 | Cumulative profit/(loss) since filing of case | |
| 56 | Post-petition contributions/(distributions) or (draws) | |
| 57 | | |
| 58 | Market value adjustment | |
| 59 | **Total Equity (Deficit)** | $0 |
| 60 | **Total Liabilities and Equity (Deficit)** | $50,000,000 |

- 7 -

# SCHEDULES TO THE BALANCE SHEET
(General Business Case)

## Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $0 | $0 | |
| 31-60 Days | $0 | $0 | |
| 61-90 Days | $0 | $0 | $0 |
| 91+ Days | $8,261,000 | $0 | |
| Total accounts receivable/payable | $8,261,000 | $0 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $8,261,000 | | |

## Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | - |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | $0 |
| Product for resale | $0 | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
| Products for resale | | Other: | |
| | | | |
| Manufacturer - | | | |
| Raw Materials | | | |
| Work-in-progress | | Less - | |
| Finished goods | | Inventory End of Month | $0 |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | | |
| | | Cost of Goods Sold | $0 |
| TOTAL | $0 | | |

**Method of Inventory Control**
Do you have a functioning perpetual inventory system?
    Yes _____    No _X_
How often do you take a complete physical inventory?

    Weekly _____
    Monthly _____
    Quarterly _____
    Semi-annually _____
    Annually _____
Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**
Indicate by a checkmark method of inventory used.

Valuation methods -
    FIFO cost _____
    LIFO cost _____
    Lower of cost or market _____
    Retail method _____
    Other _____
      Explain
**No Inventory**

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---|---|
| The Siena Hotel Spa & Casino | | sold |
| Total | $0 | $0 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| Total | $0 | $0 |
| Vehicles - | | |
| Total | $0 | $0 |

- 9 -

## Schedule E
### Aging of Post-Petition Taxes
(As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (OASI) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Room Tax) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | $50,000,000 | |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | | |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | None | | | |
| Account Type | | | | |
| Account No. | | | | |
| Account Purpose | | | | |
| Balance, End of Month | $0 | | | |
| Total Funds on Hand for all Accounts | $0 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended  03/31/11

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $0 | $0 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | | |
| 14 | Selling | | |
| 15 | Administrative | | |
| 16 | Capital Expenditures | | |
| 17 | Principal Payments on Debt | | |
| 18 | Interest Paid | | |
| | Rent/Lease: | | |
| 19 |    Personal Property | | |
| 20 |    Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 |    Salaries | | |
| 22 |    Draws | | |
| 23 |    Commissions/Royalties | | |
| 24 |    Expense Reimbursements | | |
| 25 |    Other | | |
| 26 | Salaries/Commissions (less employee withholding) | | |
| 27 | Management Fees | | |
| | Taxes: | | |
| 28 |    Employee Withholding | | |
| 29 |    Employer Payroll Taxes | | |
| 30 |    Real Property Taxes | | |
| 31 |    Other Taxes | | |
| 32 | Other Cash Outflows: | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | **Total Cash Disbursements:** | $0 | $0 |
| 39 | **Net Increase (Decrease) in Cash** | $0 | $0 |
| 40 | **Cash Balance, Beginning of Period** | $0 | $0 |
| 41 | **Cash Balance, End of Period** | $0 | $0 |

## STATEMENT OF CASH FLOWS
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended  03/31/11

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | $0 | $0 |
| 2 | Rent/Leases Collected | $0 | $0 |
| 3 | Interest Received | $0 | $0 |
| 4 | Cash Paid to Suppliers | $0 | $0 |
| 5 | Cash Paid for Selling Expenses | | |
| 6 | Cash Paid for Administrative Expenses | $0 | $0 |
| | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | $0 | $0 |
| 8 | Real Property | $0 | $0 |
| 9 | Cash Paid for Interest | $0 | $0 |
| 10 | Cash Paid for Net Payroll and Benefits | $0 | $0 |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | | |
| 12 | Draws | | |
| 13 | Commissions/Royalties | | |
| 14 | Expense Reimbursements | | |
| 15 | Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 | Employer Payroll Tax | $0 | $0 |
| 17 | Employee Withholdings | $0 | $0 |
| 18 | Real Property Taxes | $0 | $0 |
| 19 | Other Taxes | $0 | $0 |
| 20 | Cash Paid for General Expenses | | |
| 21 | | $0 | $0 |
| 22 | | $0 | $0 |
| 23 | | $0 | $0 |
| 24 | | $0 | $0 |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $0 | $0 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | | |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $0 | $0 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | $0 | $0 |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $0 | $0 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $0 | $0 |
| 46 | **Cash and Cash Equivalents at End of Month** | $0 | $0 |

| | |
|---|---|
| In re: **ONE SOUTH LAKE STREET, LLC**<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 10-bk-54065-GWZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Arent Fox LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document described **NOTICE OF SUBMISSION OF DEBTOR ONE SOUTH LAKE STREET, LLC'S MONTHLY OPERATING REPORT FOR THE MONTH OF MARCH 2011** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **09/29/11** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **09/29/11** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/29/11 | NOEL VELASCO | /s/ NOEL VELASCO |
|---|---|---|
| Date | Type Name | Signature |

| | |
|---|---|
| In re: ONE SOUTH LAKE STREET, LLC | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 10-bk-54065-GWZ |

## ADDITIONAL SERVICE INFORMATION

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

CHAPTER 11 - RN
USTPRegion17.RE.ECF@usdoj.gov

JAMES A KOHL on behalf of Creditor Konami Gaming, Inc.
jak@h2law.com, sgeorge@howardandhoward.com

U.S. TRUSTEE - RN - 11
USTPRegion17.RE.ECF@usdoj.gov


**II. SERVED BY U.S. MAIL:**

Honorable Gregg W. Zive
C. Clifton Young Federal Building
U.S. Bankruptcy Court
300 Booth Street
Reno, NV 89509

U.S. Trustee - RN - 11
300 Booth Street
Suite 2129
Reno, NV 89509